**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHARLES ALEXANDER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>    PLAINTIFF,                                    )<br>                                                              )<br>    v.                                                       )<br>                                                              )<br>CHARLES ALEXANDER, et al.,         )<br>                                                              )<br>    DEFENDANTS.                             )<br>_____) | CR. NO. 2:12-cr-00221–MCE<br><br>STIPULATION AND<br>ORDER FOR CONTINUING THE CASE<br>TO THURSDAY AUGUST 30, 2012 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Daniel S. McConkie, Jr., and  defendant, Jusstanene King, represented by attorney Mr. Michael B. Bigelow and defendant, Charles Alexander, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date set for the status conference, **Thursday, July 5, 2012**, is and can be vacated by the Court and can be rescheduled for **Thursday, August 30, 2012, at 9:00 a.m.** in Courtroom #7, on the 14th Floor, before the Honorable United States District Court,  Judge Morrison C. England, Jr..

The Court's courtroom deputy, Ms. Stephanie Deutsch, was contacted to ensure the Court was available and the Court is available on **Thursday, August 30, 2012.**

Further, all of the parties, the United States of America and both defendants agree and stipulate that time under the Speedy Trial Act can be excluded under Title

18 section 3161(h)(7)(B)(iv), corresponding Local Code T-4, which corresponds to Title 18 section 3161(h)(7)(A) (to allow counsel time to prepare) from Thursday, July 5, 2012 to through and including, Thursday, August 30, 2012.

## STATUS OF DISCOVERY

Counsel for defendant Charles Alexander has just been appointed to this case and needs reasonable time to review the discovery in this case, to meet with the client and review the discovery in this case. The time requested, in exercising due diligence, is reasonably necessary to allow defense counsel time to review the discovery and meet and confer with the client about both the facts of the case and the discovery.

In addition, the case could potentially have complex legal issues regarding the Advisory Sentencing Guidelines, including but not limited to the criminal history of the defendants, which needs to have investigation done, legal research done and discussions with the client so that the client is fully informed on the potential issues regarding the potential issues regarding the Advisory Sentencing Guidelines. In as much as the potential Advisory Sentencing Guideline issues are complex regarding the criminal history, in the exercise of reasonable diligence by counsel, the time requested is reasonable in this case.

## EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties agree and stipulate that with new counsel just being appointed to represent defendant Charles Alexander, the need for counsel to review the discovery in this case and to meet and confer with the client regarding the discovery and the facts of this case and the potential complex issues regarding the Advisory Sentencing Guidelines, the interests of justice in granting this reasonable request for a continuance outweighs both the public's right to a speedy trial and each defendant's individual right and the defendant's joint right to a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(iv), corresponding to **Local Code T**-4, which corresponds to Title 18 section 3161(h)(7)(A) (to allow counsel time to prepare) from Thursday, July 5, 2012 to through and including Thursday, August 30, 2012.

The respective parties have authorized James R. Greiner to sign this stipulation.

```
                                    Respectfully submitted,
                                    BENJAMIN WAGNER
                                    UNITED STATES ATTORNEY

DATED: 7-2-12                       /s/ Daniel S. McConkie, Jr.,
                                    _____

                                    Daniel S. McConkie, Jr.
                                    ASSISTANT UNITED STATES ATTORNEY
                                    ATTORNEY  FOR THE PLAINTIFF

DATED: 7-2-12                       /s/ Michael B. Bigelow

                                    _____

                                    Michael B. Bigelow
                                    Attorney for defendant
                                    Jusstanene King


DATED: 7-2-12                       /s/ James R. Greiner
                                    _____
                                    James R. Greiner
                                    Attorney for Defendant
                                    Charles Alexander
```

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, the Court makes the following findings:

The Court finds that the ends of justice in this case in granting this continuance outweigh both the public's right and each defendant's individual right and the defendant's joint right to a speedy trial in this case;

The Court finds that the record in this case and the case itself supports a finding that time shall be excluded under local code T-4, which corresponds to Title 18 section 3161(h)(7)(A).  Time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv) and section 3161(h)(7)(A), of the speedy trial act. Counsel

1  for all parties stipulate that the ends of justice are served by the Court excluding such time, so that
2  counsel for the defendant may have reasonable time necessary for effective preparation, for
3  reviewing the discovery in this case, for discussing with the respective clients the discovery and the
4  facts of the case, and for the investigation and legal research needed to be done on the potential
5  complex issues regarding the Advisory Sentencing Guidelines regarding any potential sentence,
6  including but not limited to the criminal history of the defendants, taking into account the exercise
7  of due diligence, 18 U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under
8  18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T-4, which corresponds to Title 18 section
9  3161(h)(7)(A).

10  　　　The Status Conference currently set for Thursday, July 5, 2012, is vacated, and the new
11  Status Conference is set for Thursday, August 30, 2012, with time excluded under the Speedy Trial
12  Act from Thursday, July 5, 2012, through to and including Thursday, August 30, 2012, for the
13  reasons agreed to and stipulated by the parties and as stated herein.

14  　　　IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE