**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CHARLES ALEXANDER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-12-00221–MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER  CONTINUING THE CASE |
| v. ) | TO THURSDAY, MAY 30, 2013 |
| ) | |
| CHARLES ALEXANDER, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Daniel S. McConkie, Jr., and  defendant, Jusstanene King, represented by attorney Mr. Michael B. Bigelow and defendant, Charles Alexander, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that a status conference can be set for Thursday, May 30, 2013, **at 9:00 a.m.** in Courtroom #7, on the 14th Floor, before the Honorable Chief United States District Court,  Judge Morrison C. England, Jr..

The Court's courtroom deputy, Ms. Stephanie Deutsch, was contacted to ensure the Court was available and the Court is available on **Thursday, May 30, 2013.**

Further, all of the parties, the United States of America and both defendants agree and stipulate that time under the Speedy Trial Act can be excluded under Title 18  section 3161(h)(7)(B)(iv), corresponding  Local Code T-4, which corresponds to Title 18 section 3161(h)(7)(A) (to allow counsel time to prepare) from Thursday,

1

August 30, 2012 to through and including, Thursday, May 30, 2013, due to time needed by both defense attorneys for preparation, review of discovery, review of discovery with their respective clients, legal research including but not limited to the advisory sentencing guidelines and conferences with their respective clients..

## STATUS OF DISCOVERY

Discovery has been provided by the government in this case which includes, among other items, reports and statements. The time requested, in exercising due diligence, is reasonably necessary to allow defense counsel time to review the discovery and meet and confer with the client about both the facts of the case and the discovery.

In addition, the case could potentially have complex legal issues regarding the Advisory Sentencing Guidelines, including but not limited to the criminal history of the defendants, which needs to have investigation done, legal research done and discussions with the client so that the client is fully informed on the potential issues regarding the potential issues regarding the Advisory Sentencing Guidelines. In as much as the potential Advisory Sentencing Guideline issues are complex regarding the criminal history, in the exercise of reasonable diligence by counsel, the time requested is reasonable in this case.

## EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The parties agree and stipulate that the need for defense counsel to review the discovery in this case and to meet and confer with the client regarding the discovery and the facts of this case and the potential complex issues regarding the Advisory Sentencing Guidelines, the interests of justice in granting this reasonable request for a continuance outweighs both the public's right to a speedy trial and each defendant's individual right and the defendant's joint right to a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(iv), corresponding to **Local Code T**-4, which corresponds to Title 18 section 3161(h)(7)(A) (to allow counsel time to prepare) from Thursday, August 30, 2012 to through and including Thursday, May 30, 2013.

1  The respective parties have authorized James R. Greiner to sign this stipulation.

Respectfully submitted,
BENJAMIN WAGNER
UNITED STATES ATTORNEY

DATED: 4-26-13                /s/ JASON HITT signing for Daniel McConkie,
                              _____
                              Daniel S. McConkie, Jr.
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF

DATED: 4-26-13                /s/ Michael B. Bigelow
                              _____
                              Michael B. Bigelow
                              Attorney for defendant
                              Jusstanene King

DATED: 4-26-13                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant
                              Charles Alexander

## ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, the Court makes the following findings:

The Court finds that the ends of justice in this case in granting this continuance outweigh both the public's right and each defendant's individual right and the defendant's joint right to a speedy trial in this case;

The Court finds that the record in this case and the case itself supports a finding that time shall be excluded under **local code T**-4, which corresponds to Title 18 section 3161(h)(7)(A), time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and **Title 18 U.S.C. section**

1  **3161(h)(7)(B)(iv) and** section 3161(h)(7)(A), of the speedy trial act**.** Counsel for all
2  parties stipulate that the ends of justice are served by the Court excluding such time,
3  so that counsel for the defendant may have reasonable time necessary for effective
4  preparation, for reviewing the discovery in this case, for discussing with the respective
5  clients the discovery and the facts of the case, and for the investigation and legal
6  research needed to be done on the potential complex issues regarding the Advisory
7  Sentencing Guidelines regarding any potential sentence, including but not limited to
8  the criminal history of the defendants,  taking into account the exercise of due
9  diligence, 18U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded
10 under 18 U.S.C. section 3161(h)(7)(B)(iv) and **Local Code T-4,** which corresponds to
11 Title 18 section 3161(h)(7)(A)**.**

12         The Court sets a **Status Conference  for Thursday, May 30,  2013**, with time
13 excluded under the Speedy Trial Act **from Thursday, August 30, 2012**, **through to**
14 **and including Thursday, May 30, 2013,** for the reasons agreed to and stipulated by
15 the parties and as stated herein.

17         **IT IS SO ORDERED.**
18 Date: May 16, 2013

20 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
21 UNITED STATES DISTRICT COURT